IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                  4:08CR00349-01-WRW

MITCHELL ALAN CLAY

### ORDER

Pending is the Government's Motion to Dismiss Indictment (doc #24).  The Motion is GRANTED.  The Indictment is dismissed, as to defendant, Mitchell Alan Clay.

IT IS SO ORDERED this 19th day of October, 2010.


                                         /s/Wm. R. Wilson, Jr.
                                 UNITED STATES DISTRICT JUDGE

orddismindictment.wpd